■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLIN JOHNSON, Appellant. [636 NYS2d 332] —Judgment, Supreme Court, New York County (Marcy Kahn, J.), rendered June 23, 1994, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to a term of $2^1/2$ to 5 years, unanimously affirmed.

The hearing testimony of the two police officers that they responded within a matter of seconds to a series of broadcasts describing the suspect as an African-American male, 50 years old, weighing 225 pounds, wearing glasses and a baseball cap, possessing a gun, and threatening a bartender, observed defendant matching the description and saw an open bag at his feet containing glassine envelopes was not incredible as a matter of law (*see, People v Garafolo*, 44 AD2d 86, 88), and provided probable cause for defendant's arrest (*see, People v Perdomo*, 210 AD2d 96, *lv dismissed* 85 NY2d 912). Nor is there merit to defendant's claim that he was entitled to disclosure of the informant's name at the suppression hearing (*see, People v Darden*, 34 NY2d 177, 181-182). Concur—Sullivan, J. P., Rosenberger, Wallach, Ross and Williams, JJ.